IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01724-BNB

DONNA SNELLER,
    Plaintiff,

v.

BRUCE GRAHAM,
WAYNE JEFFERY KNIGHT,
LUKE BODDY,
MITCH PERREYNI,
STEVEN PAIGE,
DIANA TAPIA,
MEGAN NYLANDER, and
DEFENDANTS 1-25 TO BE NAMED AS DISCOVERED,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Donna Sneller, initiated this action by filing *pro se* a Complaint. In an order filed on July 21, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Sneller to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Sneller to file an amended Complaint on the proper form as required by the Court's local rules and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Ms. Sneller was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On August 9, 2010, Ms. Sneller filed an amended Complaint on the proper form. However, she has failed within the time allowed either to pay the filing fee or to file a

motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the Complaint, the amended Complaint, and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure all of the deficiencies as directed.

DATED at Denver, Colorado, this __26th__ day of __August__, 2010.

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01724-BNB

Donna Sneller
P.O. Box 454
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/27/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk